IN THE SIXTH COURT OF APPEALS

BI-STATE JUSTICE BLDG.

100 NORTH STATELINE AVEUE, 20

TEXARKANA, TEXAS 75501-5666

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 9 2014

R.9.2(b)

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

DEC 29 2014

Texarkana, Texas
Debra Autrey, Clerk

IN THE DIRECT APPEAL OF MARVIN FRANK HALL

SEEKING RELIEF FROM FINAL FELONY CONVICTION

ON APPEAL FROM CAUSE NO. 0216557

THE STATE OF TEXAS         X  8TH DISTRICT COURT

         VS.               X  IN AND FOR

MARVIN FRANK HALL          X HOPKINS COUNTY, TEXAS

## THE ISSUE

THIS COURT JURISDICTION OVER THIS APPEAL

## REPRESENTATION

APPELLANT REPRESENTED BY: MARVIN FRANK HALL - PRO SE
ATTORNEY FOR 8TH DISTRICT COURT - HOPKINS COUNTY
WILL RAMSEY - DISTRICT ATTORNEY.

TO THE HONORABLE CHIEF JUSTICE JOSH R. MORRIS III:
COMES NOW MARVIN FRANK HALL, APPELLANT IN THE ABOVE
ENTITLED AND NUMBERED CAUSE WILL DEMONSTRATE TO THE
COURT HOW IT HAS JURISDICTION OVER HIS APPEAL AND
IN SUPPORT WOULD SHOW THE COURT THE FOLLOWING:

I.

TEXAS RULE OF APPELLATE PROCEDURE 25.2(6) AUTHORIZE AN APPEAL IN A CASE AS THIS, THE RULE READS:

(B) FORM AND SUFFICIENCY OF NOTICE.

(1). NOTICE MUST BE GIVEN IN WRITING AND FILED WITH THE TRIAL COURT CLERK.

(2). NOTICE IS SUFFICIENT IF IT SHOWS THE PARTY'S DESIRE TO APPEAL FROM THE JUDGMENT ON OTHER APPEALABLE ORDER. THE APPELLANT DOES CLAIM THAT RULE 25.2(6) AUTHORIZES HIS APPEAL.

## II.

RULE 40(6)(1) OF THE 1986 RULES OF APPELLATE PROCEDURE APPELLANT PLED GUILTY IN ACCORD WITH A PLEA AGREEMENT. THEREFORE, THE ISSUES HALL CAN APPEAL ARE GOVERNED BY HIS COMPLIANCE WITH RULE 40(6)(1). SINCE HE DID NOT COMPLY WITH RULE 40(6)(1) HALL CAN NOT RAISE THE ISSUES PERMITTED BY THAT RULE. HOWEVER, HALL CAN RAISE JURISDICTIONAL ISSUES AND, HALL CAN RAISE THE ISSUE OF WHETHER HIS PLEA WAS VOLUNTARY.

## III.

BASED ON THE FACTORS THE UNITED STATES SUPREME COURT SET FORTH IN U.S. V. BOOKER, 2005, ACCORDINGLY, HALL IS ENTITLED TO HAVE THE ISSUE OF THE VOLUNTARY NATRUE OF HIS PLEA ADDRESSED BY THE SIXTH COURT OF APPEALS BECAUSE IT'S APPEALABILITY IS NOT DEPENDANT ON FOLLOWING RULE 40(6)(1) REQUIREMENTS.

## IV.

SUCH AN APPEAL WAS GRANTED BY AN ACT OF THE LEGISLATURE IN 1986 RULES OF APPELLATE PROCEDUREE.

THE APPELLANT DOES NOT CLAIM THAT RULE 25.2(b) AUTHORIZES HIS APPEAL. HALL RELIES ON FLOWERS V. STATE 935 S.W.2d 131 (TEX, CR. APP. 1996). A CASE THAT WAS APPEALED UNDER THE PREDECESSOR OF RULE 25.2(b). RULE 40(b)(1) OF THE 1986 RULES OF APPELLATE PROCEDURE.

## PRAY

WHEREFORE, PREMISES CONSIDERED, APPELLANT MARVIN FRANK HALL PRAYS THAT THE COURT ADDRESS HIS APPEAL. THE COURT SET ASIDE THE JUDGMENT OF CONVICTION ENTERED IN THIS CAUSE AND PURSUANT TO THE UNITED STATES ~~RULING IN~~ SUPREME COURT RULING IN U.S. VS. BOOKER, 2005 GRANT HALL'S APPEAL FOR TIME CUT, ON THE MERITS.

RESPECTFULLY SUBMITTED

Marvin F. Hall

MARVIN FRANK HALL _ PRO SE

TDCJ-ID - 1259577

GURNEY UNIT

1385 FM 3328

PALESTINE, TEXAS 75803

## CERTIFICATE OF PRESENTMENT

BY SIGNATURE ABOVE, I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING HAS BEEN MAILED TO THE CLERK FOR THE 8th JUDICIAL DISTRICT COURT OF HOPKINS COUNTY, TEXAS, ON THIS DAY, DECEMBER 19, 2014.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON DECEMBER 19, 2014, A TRUE AND CORRECT COPY OF THIS MOTION WAS MAILED AND SERVED ON THE HOPKINS COUNTY, TEXAS, DISTRICT ATTORNEY'S OFFICE.

## DECLARATION

I, MARVIN FRANK HALL, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE MOTION FOR JURISDICTION IS TRUE AND CORRECT.

EXECUTED ON DECEMBER 19, 2014.